UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE NOLAN, on behalf of himself
and all others similarly situated,

    Plaintiff,                                                Civil Action No. 19-CV-10773

vs.                                                     HON. BERNARD A. FRIEDMAN

AMI LIVONIA, LLC, et al.,

    Defendants.
_____/

**FINAL ORDER APPROVING THE SETTLEMENT AGREEMENT, AS AMENDED,
PURSUANT TO FED. R. Civ. P. 23 AND GRANTING RELATED RELIEF**

The Court has considered the joint motion ("Joint Motion") of Dale Nolan (the "Named Plaintiff" or "Class Representative"), on behalf of himself and on behalf of the certified Class he represents, who are reflected on Amended Schedule 1 [docket entry 45-1] to the Settlement (the "Class") on the one hand, and AMI Livonia, LLC, AMI Manchester, LLC, and Gallant Steel, Inc. (the "Defendants"), on the other hand, sometimes collectively referred to herein as the "Parties," by and through their respective counsel of record, for an order, among other things, (1) Preliminarily Approving the Settlement Agreement between the Named Plaintiff, on behalf of himself and the Class, and Defendants; (2) Approving the Form and Manner of Notice to the Class; (3) Scheduling a Final Fairness Hearing for final consideration and approval of the Settlement Agreement; and (4) Finally Approving the Settlement Agreement (the "Joint Motion").

The Court finds:

        A.        The Court entered an order on October 26, 2020, granting preliminary approval of the Settlement Agreement and approving the form and manner of notice of the Settlement Agreement and the deadline for objections to be given to all Class members;

        B.        Due notice has been given to the Class of the proposed Settlement Agreement, the right to object to the proposed Settlement Agreement and the right to appear in person or by counsel at the fairness hearing; and no other and further notice is required and such notice is deemed proper

and sufficient under the circumstances;

      C.      There were no objections to the Settlement;

      D.      The Court held a fairness hearing on December 15, 2020, to consider final approval of the Settlement Agreement;

      E.      All Class Members are bound by this order and the terms of the Settlement Agreement;

      F.      The terms of the Settlement Agreement, as amended, are fair, reasonable and adequate under Fed. R. Civ. P. 23 and the law of this Circuit;

      G.      The Settlement Agreement, and the amendment thereto, were negotiated at arms' length and in good faith, are fair, equitable and in the best interests of the parties;

      H.      Other good and sufficient cause exists for granting the relief requested in the Joint Motion and all supporting papers.

Accordingly,

IT IS ORDERED that the Joint Motion is granted and the Settlement Agreement, attached to the Joint Motion and as amended [docket entry 45], is approved as fair and reasonable. The parties are authorized to implement its terms.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE

Dated: December 15, 2020
Detroit, Michigan